# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00116-CV

### In re S. S.

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

### O R D E R

**PER CURIAM**

Relator S.S. has filed a motion for emergency stay and a petition for writ of mandamus complaining of the trial court's temporary order, signed February 2, 2017, ordering S.S. to give real party in interest S.W.B. unsupervised visitation with S.S.'s young daughter, N.M.S., for eight hours the second and fourth Saturday of each month. *See* Tex. R. App. P. 52. We grant the motion for emergency stay and stay the trial court's visitation order during the pendency of this original proceeding. *See id.* R. 52.10. S.W.B. is requested to file a response to the petition for writ of mandamus by March 6, 2017. *See id.* R. 52.8(b).

It is ordered February 23, 2017.

Before Justices Puryear, Pemberton, and Goodwin